# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1622
_____

CARLY A. VOLP, as Personal
Representative of the Estate of
Kyle Robert Volp,

      Appellant,

      v.

THE FLORIDA SHERIFFS RISK
MANAGEMENT FUND and
ANDREW WILLIAM SASSER,

      Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela Cote Dempsey, Judge.

September 26, 2025

PER CURIAM.

      AFFIRMED.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin Todd Butler and Alexander Dillon Nobregas of Law Offices of Ronald E. Sholes, P.A., Jacksonville, for Appellant.

Robert Maxim Stoler, John Russell, and Kaylee Chabarek of Stoler Russell Keener Verona P.A., Tampa, for Appellee The Florida Sheriffs Risk Management Fund.

John Matthew Merrett, Jacksonville, for Appellee Andrew William Sasser.